I think that was your room. Okay, our final case this morning is number 15-1508, N. Ray Askoff, Mr. Greco. Thank you, your honor. May it please the court, Joseph Greco for the petitioner, Keith G. Askoff. If I may, I'd like to start off with the automatic call hold element, which is present in most of the claims that are at issue here. I believe that the briefing really focuses this dispute on the statement at page A4 of the record, which is the board's decision. Where the board quotes and upholds the examiner's finding of obviousness. And there, the board concludes that the Malik reference would lead one of ordinary skill in the art to see that instead of having the user manually handle each call, it is more efficient to have the CIR manager to be configured in advance and handle the call accordingly. I think that's really where we're focused in this case for the most part. How does Malik disclose that? Under that option, under Malik, aren't the calls handled without action by the user when the communication is received? There's only one disclosure in Malik of an automatic message. And that's, this is in the record at A236 paragraph 277. Malik teaches call forwarding out of the office and so on, right? Only as a manual option. Only as a manual option. No, you can set it in advance to do that, right? No. No? No. The only thing that Malik teaches as an automatic response is at 236 paragraph 277 where it says you can have automatically responding to the call with a standard response such as a pre-recorded message. The rest of those options in Malik are what are called action features. And those are all manual. And in fact, if you look at page A210 of the record, figure 10 of Malik shows buttons for those. And so what happens when the call comes in is the user has got to select one of those. That's the only thing Malik discloses. Now, what about this one feature that I just alluded to, the automatic responding to the call with a standard response? That's sort of like a do not disturb message. And that makes sense in terms of Malik because what Malik is directed towards is this, it's called a CIR manager, communication information resource manager. And the example Malik gives is you have somebody in the office who's on a conference call. And what this CIR manager does is when other calls come in, it gives the person, the user who's on the conference call, information about each of the calls coming in. For example, name, telephone number, or whether you even have an appointment scheduled with that person. So at that point, then the user has the option of saying, oh, here's a call coming in. What do I want to do with it at this point? And there's five options, manual options, that are given. And these are at, again, you can see them at that figure 10, but also at A233 of the record, paragraph 253. The user can ignore the call, take the call, forward the call to voicemail, play an on-hold message to the call. That's what we're really dealing with here. Or link the call into an ongoing conference call. So you can see that the concept of Malik is enabling the user to be able to make a decision at the time the call comes in with respect to what to do with it. And one of those might be to place it on hold. Now this is the complete opposite of Ascoff's invention. Because the concept that Mr. Ascoff had was the person is in the meeting. He's dealing with people who are important people that he doesn't want to disturb if a call comes in by having to pull the phone out of his pocket and hit hold or whatever. But he knows that when he's in this meeting, an important call is going to come in. Like, for example, the CEO is going to call him. And he's got to take that call, but he doesn't want to disturb the meeting. So he does this automatic preset to put the call on hold with the other element that we can also talk about, which is the low volume indication. So then he gets the indication that there's a call being put on hold, and he can gracefully get out of the meeting. So that has nothing to do with Malik. Malik is just a completely different situation. Again, the only automatic disclosure, the only automatic preset for Malik is this just pre-recorded message that effectively is like, I'm in the conference call, I don't want to hear anything, I don't want to know about all this other stuff coming in. Suppose we reject that and we hold that the board had substantial evidence to support its interpretation of Malik as describing the ability to set these features and have these things done automatically. Is that the end of the case? No, because if that's the case, you still have to combine Malik with Che, because Malik is not a cell phone. It's not a mobile phone. Che is the mobile phone, the cell phone, that has the automatic voice hold feature. In other words, with Che, the concept with Che was you have your cell phone and a call comes in and you want to take the call, but your hands aren't free. So the concept of Che is you use your voice, hold, you say hold, and the call will be placed on hold. Now again, that's completely different than Ascoff, because what Ascoff is trying to do is to keep quiet, not to disturb. Che is perfectly fine with using a loud voice command. So Che teaches away from Ascoff. There's no reason to combine Che with Malik. So even if you were to find that Malik explicitly teaches this automatic pre-setting of hold, it's not a cell phone, so you still would have to combine it with Che. Che teaches away, so that combination shouldn't be made. There's a waiver argument as to Che. I don't know if you would like me to address that now, but I can do that if you'd like, or wait for a rebuttal. I assume I'm going to hear about that. So I'll address it. Our argument on Che is it teaches away. The director didn't take that argument on its merits, because Che clearly does teach us away. But the director's argument is that we didn't raise that particular argument before the board, and so we shouldn't be able to raise it here. Our response to that is we raise the issue. We raise the issue that there's no reason to modify Che for automatic hold. There's no reason to do it. There's no reason to combine it with Malik. So at least under the court's case law on waiver, for example, the Harris case and the interactive gift exchange case, as long as we raise the issue, the basic concept below, we can make additional arguments on appeal. And so in this situation, we've raised the issue, and the additional argument is that it teaches away. So you shouldn't have the combination. Now, if you guys have any questions on that element, I'm going to move to the other element. The other element is the low volume indication. So part of the invention is you set the cell phone to automatic hold, and then this element is when that happens, the phone automatically will set itself to a low volume indication, which is in keeping with what I described before. In other words, when the call comes in, it's going to be placed on hold, and you're going to get a low volume indication so you don't disturb the meeting. So it either gives you an automatic low volume indication, or it reminds you to set that. Now, the only prior art that the board relied on with respect to teaching that was with Chao. This is Chao. And all Chao is is a situation where you've got like a centric system that you could use cell phones, those wireless phones with, and it just simply says, well, with a cell phone, you can have a ringer or a low vibration or whatever, but it has nothing to do with automatically having the low volume indication set when you set it to some type of a hold. So that's the distinction there. I ask to keep about five minutes for rebuttal. I don't know if your honors have any questions. I can address them now, otherwise. The only one other quick point I just wanted to make is this invention, and Mr. Ascoff applied for this in 2004, originally with a provisional, and then followed it up in 2005. So to some degree, what the board has done is really use hindsight, and we should keep in mind that this thing was filed back at a time when the cell phone industry and technology was much less advanced than it is today. Thank you. Okay, thank you, Mr. Greco. Mr. McLaughlin. Thank you, your honors, and may it please the Court. Malik has substantial evidence respectfully inviting the Court's attention to paragraph 277 of Malik. Malik has many teachings about how the user has choices for call handling to automatically respond to the call. The word automatic is expressly used there. Malik talks about responding to the call with a message, with a prerecorded message, and then later on, not too much down, Malik says, on hold message. So clearly that's a nice suggestion that both the board and the examiner had a reasonable basis to rely on as substantial evidence. Maybe some other rationale might be plausible throughout other parts of the record, but this rationale is clearly plausible and is substantial evidence supporting the board's motivation finding that using an automatic feature, which Malik says is a benefit, and Che and Malik already hold calls, so all that's missing is to preset calls to hold. That's claim one, and we submit that that claim is very affirmable, should be affirmed. Claim two is the only other claim, as a ringer that has low volume and child discloses low volume vibration in call hold settings, a skilled phone maker would be motivated to be quiet. Unless the Court has any questions, I would be happy to take my seat. Thank you, Your Honors. Thank you, Mr. Tregello. I'm just going to go back to that paragraph 277 of Malik and explain why the word automatically can only reference the first clause. So this is at page A236 of the record. It says the user has choices with respect to handling of the communication itself. The choices for call handling may include automatically responding to the call with a standard response such as a pre-recorded message. That we agree on, but that's the only automatic part. The word automatically doesn't appear again in that paragraph. So if you go on to the other parts of that sentence that are separated by semicolons, responding to the message with a selected response, such as a response selected from a variety of pre-recorded messages, well, you can't automatically have that. I mean, if it's going to be a selected response, it's going to have to be selected at the time it comes in. Otherwise, it's the same thing as the first clause. Going on, ignoring the call, well, again, you can't automatically ignore the call unless you're just talking about the same thing as the first response, which is setting a pre-recorded message. Taking the call, well, you can't automatically take the call because if you're on a conference call, the whole point of this thing is to be able to know whether you want to take the call if it comes in. So you can't automatically take the call. So you can see that the word automatically doesn't modify all the different options. Then the next thing is forwarding the call to voicemail. Well, again, unless you're on a do not disturb, you can't automatically do that because you don't know what the call is until it comes in. And then finally, adding a call to a conference call. I mean, clearly, you can't have an automatic add to a conference call before you even know who it is. And again, so it's not only the syntax here, but again, if you look at what I've cited before, all these other actions here, besides that first one we talked about, the pre-recorded message, they're all called action features. And they're all explicitly described as what the user does when the call comes in. So this has nothing at all to do with Mr. Askoff's invention. Unless you have questions, I think that's all I need to say. Okay. Thank you, Mr. Greco. The case is submitted, and we thank both counsel. And that concludes our session for this morning.